UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 11-5116 DSF (CWx) | Date | 7/19/11 |
|---|---|---|---|
| Title | Ralph Harrison, II v. American Home Mortgage Servicing, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Sanctions for Filing Late Opposition

Plaintiff's opposition to Defendants' motion to dismiss was due July 11, 2011, but the opposition was not filed until July 17, 2011. (See Docket No. 4 at 6-7; Docket No. 39.) The Court orders Plaintiffs to show cause by July 22, 2011 why his counsel should not be sanctioned $100 for this untimely filing.

Because Plaintiff filed a late opposition, Defendants have until July 25, 2011 to file their reply.

IT IS SO ORDERED.