JS 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH E. HARRISON, II,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.,<br><br>    Defendants.<br>_____ | Case No.: CV 11-5116 DSF (CWx)<br><br>JUDGMENT |

    The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed without leave to amend,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

10/26/11

Dated: _____      _____
                                                                                    Dale S. Fischer<br>                                                                United States District Judge